IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                               Civil Action No. 2:13-cv-00540-NJ

JOHN DOE, subscriber assigned IP address
65.28.180.161,

        Defendant.

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 65.28.180.161. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 24 2013

                                                          Respectfully submitted,

                                                          By:    /s/ *Mary K. Schulz*
                                                          Mary K. Schulz
                                                          Schulz Law, P.C.
                                                          1144 E. State Street, Suite A260
                                                          Geneva, IL 60134
                                                          Phone: 224-535-9510
                                                          Email: SchulzLaw@me.com
                                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _/s/ *Mary K. Schulz*_____
      Mary K. Schulz